UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 16-cr-30061 |
| AARON J. SCHOCK, | ) |
| Defendant. | ) |

**DEFENDANT SCHOCK'S UNOPPOSED MOTION TO MODIFY THE CONDITIONS OF PRETRIAL RELEASE**

COMES NOW Defendant Aaron J. Schock, by and through counsel, and respectfully moves this Honorable Court to, pursuant to 18 U.S.C. § 3142(c)(3), amend the order setting forth the conditions of his pretrial release. This motion is not opposed by either the U.S. Attorney's Office or the U.S. Probation Office. On December 12, 2016, the Court entered its Order Setting Conditions of Release. d/e 22. These conditions generally restrict Mr. Schock's travel, prohibiting him from traveling outside the United States "except for necessary work related travel." *Id.* Following such travel, Mr. Schock is required to surrender his passport to "the U.S. Probation Office within 24 hours each time you return to the United States." *Id.* The probation office has told Mr. Schock that it understands this condition to require that he must surrender his passport in person, to the U.S. Probation Office in the Central District of Illinois when he returns to the United States.

Mr. Schock moves the Court to modify the conditions of his pretrial release so that he may, with prior approval of his probation officer, surrender his passport via overnight mail. Mr. Schock will be traveling out of the United States for necessary work related travel and may not return directly to Peoria, Illinois upon his return to the United States. Therefore, Mr. Schock proposes

1

that, where he has obtained prior approval of his probation officer, he may surrender his passport by placing it in overnight mail to the probation office in Peoria, Illinois within the 24-hour period following his return to the United States.  Counsel for Mr. Schock have communicated with both the USAO and probation, neither of which opposes the proposed modification of conditions.  The proposed modification does not substantively change the condition of returning his passport to U.S. Probation after coming back to the United States, only the means by which he does so, so that the condition remains "the least restrictive further condition" that will "reasonably assure the appearance of the person as required and the safety of any other person and the community."  18 U.S.C. § 3142(c)(1)(B), (g).

      Accordingly, Mr. Schock respectfully requests that the Court modify the conditions of his pretrial release to permit him with prior approval of his probation officer to surrender his passport via overnight mail upon his return to the United States.

Dated: February 10, 2017　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Robert J. Bittman
　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　George J. Terwilliger III
　　　　　　　　　　　　　　　　　　　　　　　　　　Robert J. Bittman
　　　　　　　　　　　　　　　　　　　　　　　　　　Nicholas B. Lewis
　　　　　　　　　　　　　　　　　　　　　　　　　　**MCGUIREWOODS LLP**
　　　　　　　　　　　　　　　　　　　　　　　　　　2001 K Street N.W., Suite 400
　　　　　　　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20006-1040
　　　　　　　　　　　　　　　　　　　　　　　　　　Tel: 202.857.2473
　　　　　　　　　　　　　　　　　　　　　　　　　　Fax: 202.828.2965
　　　　　　　　　　　　　　　　　　　　　　　　　　Email: gterwilliger@mcguirewoods.com

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Christina M. Egan
　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　Christina M. Egan
　　　　　　　　　　　　　　　　　　　　　　　　　　**MCGUIREWOODS LLP**
　　　　　　　　　　　　　　　　　　　　　　　　　　77 West Wacker Drive

Suite 4100
Chicago, IL 60601-1818
Tel: 312.750.8644
Fax: 312.698.4502
Email: cegan@mcguirewoods.com


*/s/ Jeffrey B. Lang*
_____
Jeffrey B. Lang
**LANE & WATERMAN LLP**
220 N. Main Street, Suite 600
Davenport, Iowa 52801-1987
Tel: 563.333.6647
Fax: 563.324.1616
Email: jlang@L-WLaw.com

*Counsel for Aaron J. Schock*

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing instrument was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record at their respective email addresses disclosed on the pleadings on this 10th day of February, 2017.

*/s/ Robert J. Bittman*

Robert J. Bittman