UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 16-cr-30061 |
| AARON J. SCHOCK, | ) |
| Defendant. | ) |

**DEFENDANT SCHOCK'S MOTION FOR LEAVE TO FILE A REPLY TO GOVERNMENT'S RESPONSE TO DEFENDANT SCHOCK'S MOTION FOR DISCOVERY REGARDING USE OF CONFIDENTIAL INFORMANT AND MOTION FOR DISCLOSURE OF GRAND JURY MATERIALS**

COMES NOW, Defendant Aaron J. Schock, by and through counsel, and respectfully moves this Honorable Court for leave to file a reply to the government's response to Mr. Schock's motions for discovery.  d/e 69.  Mr. Schock respectfully requests leave to file on April 20, 2017 a short reply (body of 5 pages or less) in order to address specific and relevant points that we believe would assist the Court in adjudicating the pending motions following the government's response; we will not address the irrelevant material in the government's pleading.

Accordingly, Mr. Schock respectfully requests that the Court grant him leave to file a short reply to the government's response.

Dated: April 19, 2017

Respectfully submitted,

*/s/ George J. Terwilliger III*
_____
George J. Terwilliger III
Robert J. Bittman
Nicholas B. Lewis
**McGuireWoods LLP**

1

2001 K Street N.W., Suite 400
Washington, D.C. 20006-1040
Tel: 202.857.2473
Fax: 202.828.2965
Email: gterwilliger@mcguirewoods.com


*/s/ Christina M. Egan*
_____
Christina M. Egan
**MCGUIREWOODS LLP**
77 West Wacker Drive
Suite 4100
Chicago, IL 60601-1818
Tel: 312.750.8644
Fax: 312.698.4502
Email: cegan@mcguirewoods.com


*/s/ Jeffrey B. Lang*
_____
Jeffrey B. Lang
**LANE & WATERMAN LLP**
220 N. Main Street, Suite 600
Davenport, Iowa 52801-1987
Tel: 563.333.6647
Fax: 563.324.1616
Email: jlang@L-WLaw.com

*Counsel for Aaron J. Schock*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing instrument was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record at their respective email addresses disclosed on the pleadings on this 19th day of April, 2017.

*/s/ George J. Terwilliger III*
_____
George J. Terwilliger III