## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No. 16-cr-30061 |
| | ) | |
| AARON J. SCHOCK, | ) | |
| | ) | |
| Defendant. | ) | |

### DEFENDANT AARON SCHOCK'S MOTION TO DISMISS THE INDICTMENT FOR VIOLATIONS OF THE CONSTITUTION'S RULEMAKING, SPEECH OR DEBATE, AND DUE PROCESS CLAUSES

COMES NOW Defendant Aaron J. Schock, by and through counsel, and respectfully moves this Honorable Court for an order dismissing the Indictment filed against Mr. Schock pursuant to Federal Rule of Criminal Procedure 12(b)(3)(B)(v).  As set forth in Mr. Schock's accompanying Memorandum in Support of Motion to Dismiss the Indictment for Violations of the Constitution's Rulemaking, Speech or Debate, and Due Process Clauses, the Indictment fails to state an offense because it violates each of these three constitutional provisions.

Dated: April 20, 2017

Respectfully submitted,

*/s/ George J. Terwilliger III*
George J. Terwilliger III
Robert J. Bittman
Benjamin L. Hatch
Nicholas B. Lewis
**McGuireWoods LLP**
2001 K Street N.W., Suite 400
Washington, D.C. 20006-1040
Tel: 202.857.2473
Fax: 202.828.2965
Email: gterwilliger@mcguirewoods.com

*/s/ Christina M. Egan*
Christina M. Egan
**McGuireWoods LLP**
77 West Wacker Drive
Suite 4100
Chicago, IL 60601-1818
Tel: 312.750.8644
Fax: 312.698.4502
Email: cegan@mcguirewoods.com


*/s/ Jeffrey B. Lang*
Jeffrey B. Lang
**Lane & Waterman LLP**
220 N. Main Street, Suite 600
Davenport, Iowa 52801-1987
Tel: 563.333.6647
Fax: 563.324.1616
Email: jlang@L-WLaw.com

*Counsel for Aaron J. Schock*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that the foregoing instrument was electronically filed with the

Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel

of record at their respective email addresses disclosed on the pleadings on this 20th day of April,

2017.

<u>*/s/ George J. Terwilliger III*</u>
George J. Terwilliger III