UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>AARON J. SCHOCK,<br><br>    Defendant. | Case No. 16-cr-30061 |

## NOTICE OF DEFENDANT AARON SCHOCK'S REQUEST FOR ORAL ARGUMENT

COMES NOW Defendant Aaron J. Schock, by and through counsel, and respectfully requests oral argument with respect to his Motion to Dismiss the Indictment for Violations of the Constitution's Rulemaking, Speech or Debate, and Due Process Clauses, Docket No. 76, and his Motion to Dismiss Counts 14-18 for Failure to State an Offense, Docket No. 78.

Dated: April 21, 2017

Respectfully submitted,

*/s/ George J. Terwilliger III*
_____
George J. Terwilliger III
Robert J. Bittman
Benjamin L. Hatch
Nicholas B. Lewis
**MCGUIREWOODS LLP**
2001 K Street N.W., Suite 400
Washington, D.C. 20006-1040
Tel: 202.857.2473
Fax: 202.828.2965
Email: gterwilliger@mcguirewoods.com

*/s/ Christina M. Egan*
_____
Christina M. Egan

**MCGUIREWOODS LLP**
77 West Wacker Drive
Suite 4100
Chicago, IL 60601-1818
Tel: 312.750.8644
Fax: 312.698.4502
Email: cegan@mcguirewoods.com


*/s/ Jeffrey B. Lang*
_____
Jeffrey B. Lang
**LANE & WATERMAN LLP**
220 N. Main Street, Suite 600
Davenport, Iowa 52801-1987
Tel: 563.333.6647
Fax: 563.324.1616
Email: jlang@L-WLaw.com

*Counsel for Aaron J. Schock*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing instrument was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record at their respective email addresses disclosed on the pleadings on this 21st day of April, 2017.

*/s/ George J. Terwilliger III*
_____
George J. Terwilliger III