UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | Case No. 16-30061 |
| | ) | |
| AARON J. SCHOCK, | ) | |
| | ) | |
| Defendant. | ) | |

## GOVERNMENT'S MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT SCHOCK'S MOTIONS TO DISMISS INDICTMENT

The United States of America, by its attorneys, Patrick D. Hansen, Acting United States Attorney for the Central District of Illinois, and Timothy A. Bass, Assistant United States Attorney, respectfully submits its motion for extension of time to respond to Defendant Schock's motions to dismiss indictment. The government states the following:

1. On November 10, 2016, Defendant Aaron Schock was charged in an indictment with nine counts of wire fraud, in violation of 18 U.S.C. §1343, one count of mail fraud, in violation of 18 U.S.C. §1341, one count of theft of government funds, in violation of 18 U.S.C. §641, two counts of making false statements, in violation of 18 U.S.C. §1001(a)(2), (c)(1), five counts of falsifying FEC filings, in violation of 18 U.S.C. §1519, and six counts of filing false tax returns, in violation of 26 U.S.C. §7206(1).

2. On April 20, 2017, Defendant Schock filed a motion to dismiss the indictment on the basis of the Rulemaking Clause, the Speech or Debate Clause, and

due process grounds. In addition, on that same date, he filed a separate motion to dismiss counts 14 through 18 of the indictment, further alleging that those counts are unconstitutional as applied to him.

3. This Court has directed the government to respond to Defendant Schock's motions within 14 days, on or before May 4, 2017.

4. Given the importance of the constitutional issues raised in Defendant Schock's motions, their near identical nature to issues raised in prior prosecutions involving a Member of Congress, *see, e,g, United States v. Rostenkowski*, 59 F.3d 1291 (D.C. Cir. 1995); *United States v. Durenberger*, 48 F.3d 1239 (D.C. Cir. 1995); and the immediate pre-trial appellate implications of this Court's rulings on the motions, *see, e.g., Helstoski v. Meanor*, 442 U.S. 500, 506–07 (1979); *United States v. Menendez*, 831 F.3d 155 (3d Cir. 2016); *United States v. Renzi*, 651 F.3d 1012 (9th Cir. 2011); *Rostenkowski*, 59 F.3d at 1291, the government is conferring with the Department of Justice concerning its responses. To allow that consultation to be completed, the government respectfully requests that the Court allow the government an additional fourteen (14) days to complete its responses.

Respectfully submitted,

PATRICK D. HANSEN
ACTING UNITED STATES ATTORNEY


BY:    s/Timothy A. Bass
        Timothy A. Bass, Bar No. MO 45344
        Assistant United States Attorney
        318 S. Sixth Street
        Springfield, IL 62701
        Phone: 217/492-4450
        Fax: 217/492-4044
        tim.bass@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of April 2017, I filed the foregoing directly with the Clerk of Court using the CM/ECF system, which will send notice to the following:

Counsel of record

s/Timothy A. Bass<br>
Timothy A. Bass, Bar No. MO 45344<br>
Assistant United States Attorney<br>
318 S. Sixth Street<br>
Springfield, IL 62701<br>
Phone: 217/492-4450<br>
Fax: 217/492-4044<br>
tim.bass@usdoj.gov