E-FILED
Friday, 02 June, 2017 11:47:14 PM
Clerk, U.S. District Court, ILCD

# EXHIBIT 1

Initiating Office Voucher Number
111 140

*UNITED STATES HOUSE OF REPRESENTATIVES*
**VOUCHER**

(Please Use Typewriter or Ballpoint Pen)

IL — State   18 — District   SCA

HON. AARON SCHOCK, M.C.

| DATE(S) of SERVICES | PAYEE (Name, Address, and Zip Code) | DESCRIPTION OF ARTICLES OR SERVICE (Include Quantity and Unit Price, if Applicable) | (DO NOT WRITE IN THIS SPACE) |
|---|---|---|---|
| 1 (Mo.) 6 (Day) 09 (Yr.) 9. 30. 09 TO 10-1-09 12 (Mo.) 15 (Day) 09 (Yr.) | Aaron Schock BF409 L409<br>EFT<br>BF410 L409 | Mileage<br>32,700 X .55 = $17,985.00 62 1354.50<br>IL18010060907 SCHOCK<br>m. Teye #6 4438.50 | OTH 2130 |
| | SSN OF STAFF EMPLOYEE<br>MEM IL18 SCA | PAYEE INVOICE NUMBER<br>~~IL0810106090707 SCHOCK~~<br>IL18 10010907 SCHOCK | AMOUNT<br>17,985.00 |
| (Mo.) (Day) (Yr.) TO (Mo.) (Day) (Yr.) | | A Jm 1-4-10 | (DO NOT WRITE IN THIS SPACE) OTH |
| | SSN OF STAFF EMPLOYEE | PAYEE INVOICE NUMBER | AMOUNT |
| (Mo.) (Day) (Yr.) TO (Mo.) (Day) (Yr.) | | Q Jm 1-4-10 | (DO NOT WRITE IN THIS SPACE) OTH |
| | SSN OF STAFF EMPLOYEE | PAYEE INVOICE NUMBER | AMOUNT |
| (Mo.) (Day) (Yr.) TO (Mo.) (Day) (Yr.) | | W Kc 1/4/10 | (DO NOT WRITE IN THIS SPACE) OTH |
| | SSN OF STAFF EMPLOYEE | PAYEE INVOICE NUMBER | AMOUNT |
| (Mo.) (Day) (Yr.) TO (Mo.) (Day) (Yr.) | | | (DO NOT WRITE IN THIS SPACE) OTH |
| | SSN OF STAFF EMPLOYEE | PAYEE INVOICE NUMBER | AMOUNT |

1-44 1-45

GRAND TOTAL 17,985.00

I certify (1) that the above articles have been received in good condition and are of the quality and in the quantity above specified, or the service were performed as stated; (2) that they are in accordance with the orders therefore; (3) that the prices charged are just, reasonable, and in accordance with agreement; (4) that they are for use in my office in the discharge of my duties; and (5) that these are true copies and will be the only submission for payment.

12/18/09
Date

(Members Signature) [signature]

ORIGINAL – TO FINANCE OFFICE